```
                            United States Bankruptcy Court
                               District of Connecticut
In re:                                                         Case No. 14-31209-jam
David Jacob Medina                                             Chapter 7
        Debtor
                            CERTIFICATE OF NOTICE
District/off: 0205-3          User: ktassmer            Page 1 of 1              Date Rcvd: Aug 08, 2014
                              Form ID: pdfdoc10         Total Noticed: 16


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 10, 2014.
db            +David Jacob Medina,    201 Alder Street,    Waterbury, CT 06708-3565
8269222       +Attorney Leonard Crone,    27 State Street,    Waterbury, CT 06702-1935
8269216      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Bank of America,     PO Box 982235,    El Paso, TX 79998-2235)
8269214        Chase Bank USA,   P.O. Box 15298,    Wilmington, DE 19850-5298
8269209       +City of Waterbury,    Tax Office,    235 Grand Street,    Waterbury, CT 06702-1915
8269223       +City of Waterbury Library,    267 Grand Street,    Waterbury, CT 06702-1917
8269220       +Convergent Outsourcing Inc.,    800 SW 39th Street,    Renton, WA 98057-4975
8269210       +Dept. of Revenue Service,    State of Connecticut,    P.O. Box 2977,    Hartford, CT 06104-2977
8269211       +Dept. of Revenue Service,    Federal,    14 Cottage Place,    Waterbury, CT 06702-1904
8269213        Dish Network,   P.O. Box 94063,    Plantation, FL 33314
8269221        EOS CCA,   Longwater Drive,    Norwell, MA 02061
8269217       +St. Mary's Hospital,    56 Franklin Street,    Waterbury, CT 06706-1281
8269208       +State of CT,   Child Support,    11 Scovill Street, 3rd Floor,    Waterbury, CT 06706-1107
8269212       +White Hill Cash,    5781 West Sunrise Blvd,    Plantation, FL 33313-6269

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
8269219       +E-mail/Text: American@AABinfo.net Aug 08 2014 18:15:21       American Adj Bureau,    73 Field Street,
               Waterbury, CT 06702-1906
8269218       +E-mail/Text: ebartolucci@wtbyhosp.org Aug 08 2014 18:15:29       Waterbury Hospital,
               64 Robbins Street,    Waterbury, CT 06708-2600
                                                                                              TOTAL: 2

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 10, 2014                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 8, 2014 at the address(es) listed below:
              Kara S. Rescia    kara.rescia@7trustee.net, CT23@ecfcbis.com;jenn@eatonandrescia.com
              U. S. Trustee    USTPRegion02.NH.ECF@USDOJ.GOV
                                                                                              TOTAL: 2
```

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT

IN RE:                                                      Case No. 14-31209

David Jacob Medina                             Chapter 7

         DEBTOR                                Doc. I.D. No.  7

ORDER DISMISSING CHAPTER 7 CASE

_____   The debtor has filed a motion in accordance with 11 U.S.C. 707 seeking to dismiss this case, and it appears that the case has not been converted previously under 11 U.S.C. 1307, 1112 or 1208.  The court finds, after notice and a hearing, that the motion should be granted.

_____A party in interest has filed a motion in accordance with 11 U.S.C. 707 seeking to dismiss this case.  The courts finds, after notice and a hearing that the motion should be granted.

XXX _A court's motion having been heard for failure to file Exhibit D & Statement of Intent.  The court finds, after notice and a hearing, that the motion should be granted.

IT IS ORDERED THAT:

    1. This Chapter 7 case is DISMISSED.

Dated: August 8, 2014                                         BY THE COURT

*Julie A. Manning*
Julie A. Manning
United States Bankruptcy Judge